☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| In re: | **Reginald Dijuan Tigue** | Case No. |
|---|---|---|
| | **Patricia Ann Tigue** | |
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 4468 Westbury Dr, Memphis, TN 38141   (2) 4468 Westbury Dr, Memphis, TN 38141

**PLAN PAYMENT:**

**Debtor(1)** shall pay $ **160.00**  (☑) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: _____  OR ( ) DIRECT PAY

**Debtor(2)** shall pay $ **319.00**  ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: _____  OR (☐) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]   ☑ YES   ☐ NO
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**   Monthly Plan Payment:

**None**   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to: ongoing payment begins _____  $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-**   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☑ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**FCI Lender Services**   ongoing payment begins _____   $ _____
Approximate arrearage: _____   Interest _____   $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest   Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Chrysler Capital** | **5,000.00** | **5.25** | **$100.00** |
| **City of Memphis Realty Taxes** | **18,470.86** | **18.00** | **$498.00** |
| Shelby Co. Property Taxes | 21,949.63 | 18.00 | $592.00 |

[Retain lien 11 U.S.C. §1325 (a)]     Value of Collateral:     Rate of Interest     Monthly Plan Payment:

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**     Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

Amount:     Rate of Interest     Monthly Plan Payment: $

**-NONE-**

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None     ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $26,534.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None     ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

None

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/Earnest Fiveash     **Date** 11/10/2021
**Earnest Fiveash 10769**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**